FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 0 1 2023

MITCHELL R. ELFERS
CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | CRIMINAL NO. 23-1621 DHU |
| ) | |
| vs. ) | 18 U.S.C. §§ 922(g)(1) and 924: Felon in |
| ) | Possession of a Firearm and Ammunition. |
| **BRADLEY BEGAY**, ) | |
| ) | |
| Defendant. ) | |

# INDICTMENT

The Grand Jury charges:

On or about September 12, 2023, in San Juan County, in the District of New Mexico, the defendant, **BRADLEY BEGAY**, knowing that he had been convicted of at least one crime punishable by imprisonment for a term exceeding one year, specifically felony assault (two convictions), knowingly possessed a firearm and ammunition in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924.

## FORFEITURE ALLEGATION

Upon conviction of any offense in violation of 18 U.S.C. § 922(g), the defendant, **BRADLEY BEGAY**, shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the commission of the offense, including, but not limited to a Heritage Arms .22 caliber revolver with serial number C22952.

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

_____
Assistant United States Attorney